**Russell ALEXANDER, Petitioner-Appellant,**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, Respondent-Appellee.**

**No. 71-3149.**

United States Court of Appeals, Fifth Circuit.

Jan. 12, 1973.

· Warren D. Rush, Lafayette, La., for petitioner-appellant.

Knowles M. Tucker, Dist. Atty., New Iberia, La., William J. Guste, Jr., Atty. Gen. of La., Baton Rouge, La., for respondent-appellee.

Before WISDOM, GOLDBERG and CLARK, Circuit Judges.

BY THE COURT:

Petitioner's appeal from a denial of habeas relief was denied by this Court on June 9, 1972, 459 F.2d 1391. On certiorari to the Supreme Court, our judgment was vacated "insofar as it leaves undisturbed the death penalty imposed" and the cause was remanded to this Court for further proceedings. Alexander v. Henderson, 409 U.S. 1032, 93 S.Ct. 538, 34 L.Ed.2d 482. *See* Stewart v. Massachusetts, 1972, 408 U.S. 845, 92 S.Ct. 2845, 33 L.Ed.2d 744.

In Furman v. Georgia, 1972, 408 U.S. 238, 92 S.Ct. 2726, 33 L.Ed.2d 346 and its companion cases, the Supreme Court held that the death penalty as imposed under the Georgia and Texas statutes constitutes cruel and unusual punishment in violation of the Eighth Amendment. Accordingly, we remand this case to the district court for reconsideration in light of Furman v. Georgia, *supra*. *See* Williams v. Henderson, 5 Cir. 1972, 465 F.2d 995; Newman v. Wainwright, 5 Cir. 1972, 464 F.2d 615.

**David A. PROPHIT, Petitioner-Appellee,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellant.**

**No. 72-2716**

**Summary Calendar.**\*

United States Court of Appeals, Fifth Circuit.

Jan. 26, 1973.

Scott P. Crampton, Asst. Atty. Gen., Meyer Rothwacks, Atty., Tax Div., Dept. of Justice, Lee H. Henkel, Jr., Chief Counsel, Raymond W. Sifly, Atty., I. R. S., Washington, D. C., for respondent-appellant.

David A. Prophit, pro se.

Before WISDOM, GODBOLD and RONEY, Circuit Judges.

PER CURIAM:

We affirm the decision of the United States Tax Court on the basis of Judge Simpson's concurring opinion. Prophit v. C. I. R., 57 T.C. 507 (1972).

Affirmed.

---

\* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.